```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
JUDITH ADELA FERNANDEZ MARTINEZ, on behalf :
of herself and all other persons similarly situated,      :
                                                          :
                         Plaintiffs,                      :     25 Civ. 6072 (JPC)
                                                          :
            -v-                                           :     ORDER
                                                          :
WIZARDS OF THE COAST LLC,                                 :
                                                          :
                         Defendant.                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 15, 2025, Defendant executed a waiver of service. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore October 14, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 31, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 7, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: October 24, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge